GEORGE KEMP REAL ESTATE CO. v.
COMMISSIONER OF INTERNAL
REVENUE.

No. 62, Docket 22373.

United States Court of Appeals
Second Circuit.

Argued May 6, 1953.

Decided June 18, 1953.

Alexander S. Andrews, New York City,
for petitioner.

H. Brian Holland, Asst. Atty. Gen., Ellis
N. Slack and Harry Marselli, Special Assts.
to the Atty. Gen., for Commissioner of In-
ternal Revenue, respondent.

Before AUGUSTUS N. HAND,
CHASE and CLARK, Circuit Judges.

PER CURIAM.

■ Since the Tax Court based its de-
cision on the application as a matter of
law of the doctrine of collateral estoppel,
we have jurisdiction to review despite the
provisions of § 732(c) of the Internal Reve-
nue Code, 26 U.S.C.A. § 732(c). Compare
H. Fendrich, Inc. v. Commissioner, 7 Cir.,
192 F.2d 916 with George Kemp Real Es-
tate Co. v. Commissioner, 2 Cir., 182 F.2d
847, certiorari denied 340 U.S. 852, 71 S.Ct.
80, 95 L.Ed. 624. The decision was not, in
the language of the statute, "necessary sole-
ly by reason of section * * * 722."

■ The principles of collateral estoppel
were correctly applied and the decision is
affirmed on the opinion of the Tax Court,
17 T.C. 755.